District Judge John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Yang Tian,

                    Plaintiff,

      v.

Alejandro Mayorkas, Secretary of the U.S.
Department of Homeland Security, et al.,

                    Defendants.

CASE NO.  2:22-cv-01259-JHC

STIPULATED MOTION TO STAY
CASE

NOTE ON MOTION CALENDAR:
November 22, 2022

Plaintiff Yang Tian and Defendants stipulate under Local Civil Rule 10(g) that this case should be stayed through March 10, 2023, to allow the parties to complete the administrative adjudication process that the mandamus Complaint seeks to compel.  The Court has not set any deadlines that will be affected by this stipulated stay.

Plaintiff filed this action seeking to compel Defendants to adjudicate a pending form I-485 Application for Adjustment of Status.  ECF No. 1, ¶ 15 and Prayer for Relief.  On November 15, 2022, Defendant U.S. Citizenship and Immigration Services (USCIS) issued a Request for Evidence that requires Plaintiff to submit certain documents and information that USCIS needs to adjudicate Plaintiff's I-485 Application.  The Request for Evidence gives Plaintiff until February 10, 2023, to provide the requested documents and information to USCIS.  USCIS

1  presently expects that it will be able to adjudicate the I-485 Application within one month after

2  the February 10, 2023, evidence submission deadline.

3      Accordingly, to avoid unnecessary litigation costs and use of judicial resources, Plaintiff

4  and Defendants stipulate that this case shall be stayed through March 10, 2023.  The stay shall

5  expire automatically after March 10, 2023, unless extended further by court order.  Any party

6  may move to lift the stay before March 10, 2023, based on changed circumstances.

7      DATED this 22nd day of November 2022.

8                                          Respectfully submitted,

9                                          NICHOLAS W. BROWN
                                           United States Attorney

10

                                           s/ Kyle A. Forsyth
11                                         KYLE A. FORSYTH, WSBA # 34609
                                           Assistant United States Attorney
12                                         United States Attorney's Office
                                           700 Stewart Street, Suite 5220
13                                         Seattle, Washington 98101-1271
                                           Phone: 206-553-7970
14                                         Fax: 206-553-4067
                                           Email: kyle.forsyth@usdoj.gov

15

16

17  YANG TIAN, pro se Plaintiff

18
   IT IS SO ORDERED.
19
   Entered: November 22, 2022
20
                                           HON. JOHN H. CHUN
21                                         United States District Court

22

23

24

1

<u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that she/he is an employee in the Office of the United

3

States Attorney for the Western District of Washington and is a person of such age and discretion

4

as to be competent to serve papers;

5

It is further certified that on November 22, 2022, I electronically filed the foregoing

6

document with the Clerk of the Court using the CM/ECF system, which will send notification of

7

such filing to the following CM/ECF participant(s):

8

-0-

9

I further certify that on November 22, 2022, I mailed the foregoing document by United

10

States Postal Service, first class postage pre-paid, to the following non-CM/ECF participant(s),

11

addressed as follows:

12

Yang Tian
4750 Smithers Ave. S.

13

Renton, WA 98055

14

Dated this 22nd day of November 2022.

15

*s/ Crissy Leininger*_____
CRISSY LEININGER, Paralegal Specialist

16

United States Attorney's Office
700 Stewart Street, Suite 5220

17

Seattle, Washington 98101-1271
Phone: (206) 553-7970

18

Fax: (206) 553-4067
E-mail: christine.leininger@usdoj.gov

19

20

21

22

23

24

Stipulated Motion to Stay Case
2:22-cv-01259-JHC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970